# EXHIBIT 4

FILED DATE: 2/27/2023 3:46 PM   2023L002009

Firm ID. #62848

FILED
2/27/2023 3:46 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2023L002009
Calendar, I
21641480

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION**

| | |
|---|---|
| STANFORD HEALTH CARE, a California not-for-profit healthcare corporation, ) ) ) | Case No. 2023 L XXXXX |
| Plaintiff, ) ) | COMMERCIAL CALENDAR |
| v. ) ) | |
| HEALTH CARE SERVICE CORPORATION, a Mutual Legal Reserve Co. d.b.a. BLUE CROSS AND BLUE SHIELD OF ILLINOIS and BLUE CROSS AND BLUE SHIELD OF TEXAS; and DOES 1 THROUGH 25, INCLUSIVE, ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. ) | |

**SUMMONS**

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee **within thirty (30) days after service of this Summons**, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

- 1 -   **SUMMONS**

FILED DATE: 2/27/2023 3:46 PM   2023L002009

Firm ID. #62848

To the Officer: This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date

- 2 -  **SUMMONS**

Firm ID. #62848

**E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.**

2/27/2023 3:46 PM IRIS Y. MARTINEZ

| | |
|---|---|
| Atty. No: 62848 | Witness:_____ |
| Atty. Name: LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC. | |
| Atty. For: Plaintiffs | _____ |
| Address: 20 N. Clark St., Suite 3300 | DOROTHY BROWN, Clerk of Court |
| City: Chicago, | |
| State: IL  Zip: 60602 | Date of Service: _____ |
| Telephone: (312)-626-1870 | (To be inserted by officer on copy left with |
| Primary Email: mmorrow@sacfirm.com | Defendant or other person): |

**See Service List Below**

- 3 -   SUMMONS

FILED DATE: 2/27/2023 3:46 PM  2023L002009

FILED DATE: 2/27/2023 3:46 PM    2023L002009

Firm ID. #62848

**SERVICE LIST**

HEALTH CARE SERVICE CORPORATION, a Mutual Legal Reserve Co.
d.b.a BLUE CROSS AND BLUE SHIELD OF TEXAS
300 East Randolph St.,
Chicago, IL 60601-5099

- 4 -    **SUMMONS**

FILED DATE: 2/27/2023 3:46 PM 2023L002009

Firm ID. #62848

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

**Divisions/Departments**

- Richard J Daley Center
  50 W Washington
  Chicago, IL 60602

- District 2 – Skokie
  5600 Old Orchard Rd
  Skokie, IL 60077

- District 3 - Rolling Meadows
  2121 Euclid
  Rolling Meadows, IL 60008

- District 4 – Maywood
  1500 Maybrook Ave
  Maywood, IL 60153

- District 5 – Bridgeview
  10220 S 76th Ave
  Bridgeview, IL 60455

- District 6 – Markham
  16501 S Kedzie Pkwy
  Markham, IL 60428

- Domestic Violence Court
  555 W Harrison
  Chicago, IL 60607

- Juvenile Center Building
  2245 W Ogden Ave, Rm 13
  Chicago, IL 60602

- Criminal Court Building
  2650 S California Ave, Rm 526
  Chicago, IL 60608

- **Daley Center**

- Civil Division
  Richard J Daley Center
  50 W Washington, Rm 601
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Chancery Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Domestic Relations Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Civil Appeals
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Criminal Department
  Richard J Daley Center
  50 W Washington, Rm 1006
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- County Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Probate Division

Firm ID. #62848

    Richard J Daley Center
    50 W Washington, Rm 1202
    Chicago, IL 60602
    Hours: 8:30 am - 4:30 pm

- Law Division
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

○ Traffic Division
    Richard J Daley Center
    50 W Washington, Lower Level
    Chicago, IL 60602
    Hours: 8:30 am - 4:30 pm

FILED DATE: 2/27/2023 3:46 PM   2023L002009

FILED DATE: 3/24/2023 1:36 PM   2023L002009

FILED
3/24/2023 1:36 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2023L002009
Calendar, I
22012801

Firm ID. #62848

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | |
|---|---|
| STANFORD HEALTH CARE, a California not-for-profit healthcare corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HEALTH CARE SERVICE CORPORATION, a Mutual Legal Reserve Co. d.b.a. BLUE CROSS AND BLUE SHIELD OF ILLINOIS and BLUE CROSS AND BLUE SHIELD OF TEXAS; and DOES 1 THROUGH 25, INCLUSIVE, )<br>)<br>)<br>)<br>)<br>)<br>)<br>Defendants. ) | Case No. 2023 L 002009<br><br>COMMERCIAL CALENDAR<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF STANFORD HEALTH CARE'S ROUTINE MOTION**
**FOR LEAVE TO FILE A FIRST AMEND ITS COMPLAINT**

NOW COMES Plaintiff Stanford Health Care ("Stanford" or "Plaintiff"), by and through its attorneys, The Law Offices of Stephenson, Acquisto & Colman, Inc., for its routine motion to amend its Compliant, and moves as follows:

1. On February 27, 2023, Plaintiff filed this action against Defendant Health Care Service Corporation d.b.a. Blue Cross and Blue Shield of Illinois and Blue Cross and Blue Shield of Texas ("HCSC" or "Defendant"), alleging counts for breach of implied-in-fact contract and *quantum meruit*, and seeking underpaid reimbursement relating to medical services rendered to 92 patients for whom Defendant provides medical insurance coverage.

2. Defendant has not yet been served, and has neither appeared nor answered the Complaint.

3. Plaintiff is now aware of two additional patients with insurance coverage provided by Defendant, and seeks to amend its Complaint to reflect these two additional patient claims.

FILED DATE: 3/24/2023 1:36 PM 2023L002009

Firm ID. #62848

    4.     Plaintiff has not previously amended its Complaint in this action.

    5.     A proposed routine order is attached hereto.

WHEREFORE, and for the forgoing reason presented, Plaintiff requests that this Court grant its routine motion for leave to file a First Amended Complaint.

Dated: March 24, 2023

                                          Respectfully submitted,

                                          LAW OFFICES OF STEPHENSON,
                                          ACQUISTO & COLMAN, INC.

                            By: /s/ _____
                                One of the Attorneys for Plaintiff
                                STANFORD HEALTH CARE

Marcus R. Morrow, Esq., ARDC #6317812
Kenneth J. Dusold, Esq. ARDC #6320561
LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC. (62848)
20 N. Clark St., Suite 3300
Chicago, IL 60602
Phone: (312)-626-1870
Fax: (818)-559-5484
mmorrow@sacfirm.com
kdusold@sacfirm.com

Firm ID. #62848

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| STANFORD HEALTH CARE, a California not-for-profit healthcare corporation,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH CARE SERVICE CORPORATION, a Mutual Legal Reserve Co. d.b.a. BLUE CROSS AND BLUE SHIELD OF ILLINOIS and BLUE CROSS AND BLUE SHIELD OF TEXAS; and DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | Case No. 2023 L 002009<br><br>COMMERCIAL CALENDAR I<br><br>Hon. John J. Curry<br><br>JURY TRIAL DEMANDED |

FILED DATE: 3/24/2023 1:36 PM  2023L002009

**ORDER**

NOW COMING on Plaintiff Stanford Health Care's routine motion for leave to file a First Amended Complaint, with the Court being fully advised in the premises, IT IS HEREBY ORDERED:

1. Plaintiff's routine motion is GRANTED, and Plaintiff has leave to file a First Amended Complaint within fourteen (14) days of entry of this Order.

ENTERED:

_____
Honorable John J. Curry

Prepared by:

Kenneth J. Dusold, Esq. ARDC #6320561
LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC. (62848)
20 N. Clark St., Suite 3300
Chicago, IL 60602
Phone: (312)-626-1870
Fax: (818)-559-5484
kdusold@sacfirm.com
*Attorneys for Plaintiff*

28536 - Stanford v. HCSC — - 3 - — **COMPLAINT AT LAW**

Firm ID. #62848

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| STANFORD HEALTH CARE, a California not-for-profit healthcare corporation,<br>Plaintiff,<br><br>v.<br><br>HEALTH CARE SERVICE CORPORATION, a Mutual Legal Reserve Co. d.b.a. BLUE CROSS AND BLUE SHIELD OF ILLINOIS and BLUE CROSS AND BLUE SHIELD OF TEXAS, and DOES 1 THROUGH 25, INCLUSIVE,<br>Defendants. | Case No. 2023 L 002009<br><br>COMMERCIAL CALENDAR I<br><br>Hon. John J. Curry, Jr.<br><br>JURY TRIAL DEMANDED |

### ORDER

THIS CAUSE COMING on May 1, 2023 for an initial case management conference (CMC) via Zoom, and this Court being fully advised in the premises, IT IS HEREBY ORDERED:

1. Plaintiff's routine motion to file an Amended Complaint is GRANTED, and Plaintiff shall file its First Amended Complaint by or on <u>May 8, 2023</u>;

2. This matter is continued for a CMC and status on service to <u>July 10, 2023</u> at 9:00 a.m. via Zoom (Meeting ID: 911 3870 7020; Passcode 035427).

ENTERED:

_____
Honorable John J. Curry, Jr.

Prepared by:

Kenneth J. Dusold
(kdusold@sacfirm.com)
Law Offices of Stephenson,
Acquisto & Colman
20 N. Clark St., Ste. 3300
Chicago, IL 60602
*Attorneys for Plaintiff*

Judge John J. Curry, Jr.

MAY 01 2023

Circuit Court—2126

FILED
5/22/2023 4:28 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2023L002009
Calendar, I
22828919

FILED DATE: 5/22/2023 4:28 PM   2023L002009

Firm ID. #62848

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION**

| | |
|---|---|
| STANFORD HEALTH CARE, a California not-for-profit healthcare corporation, ) ) ) | SUMMONS |
| Plaintiff, ) ) | Case No. 2023 L 002009 |
| v. ) | COMMERCIAL CALENDAR |
| HEALTH CARE SERVICE CORPORATION, a Mutual Legal Reserve Co. d.b.a. BLUE CROSS AND BLUE SHIELD OF ILLINOIS and BLUE CROSS AND BLUE SHIELD OF TEXAS; and DOES 1 THROUGH 25, INCLUSIVE, Defendants. ) ) ) ) ) ) | JURY TRIAL DEMANDED |

## ALIAS SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee **within thirty (30) days after service of this Summons**, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer: This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date

- 1 -   **SUMMONS**

FILED DATE: 5/22/2023 4:28 PM   2023L002009

Firm ID. #62848

**E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.**

| | | | |
|---|---|---|---|
| Atty. No: | 62848 | Witness:_____ | |
| Atty. Name: | LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC. | 5/22/2023 4:28 PM IRIS Y. MARTINEZ | |
| Atty. For: | Plaintiffs | _____ | |
| Address: | 20 N. Clark St., Suite 3300 | DOROTHY BROWN, Clerk of Court | |
| City: | Chicago, | | |
| State: | IL | | |
| Zip: | 60602 | Date of Service: _____ | |
| Telephone: | (312)-626-1870 | (To be inserted by officer on copy left with | |
| Primary Email: | Kdusold@sacfirm.com | Defendant or other person): | |

**See Service List Below**

- 2 -    SUMMONS

Firm ID. #62848

**SERVICE LIST**

HEALTH CARE SERVICE CORPORATION, a Mutual Legal Reserve Co.
d.b.a BLUE CROSS AND BLUE SHIELD OF TEXAS
300 East Randolph St.,
Chicago IL 60601-5099

Firm ID. #62848

**CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS**
**Divisions/Departments**

- Richard J Daley Center
  50 W Washington
  Chicago, IL 60602

- District 2 – Skokie
  5600 Old Orchard Rd
  Skokie, IL 60077

- District 3 - Rolling Meadows
  2121 Euclid
  Rolling Meadows, IL 60008

- District 4 – Maywood
  1500 Maybrook Ave
  Maywood, IL 60153

- District 5 – Bridgeview
  10220 S 76th Ave
  Bridgeview, IL 60455

- District 6 – Markham
  16501 S Kedzie Pkwy
  Markham, IL 60428

- Domestic Violence Court
  555 W Harrison
  Chicago, IL 60607

- Juvenile Center Building
  2245 W Ogden Ave, Rm 13
  Chicago, IL 60602

- Criminal Court Building
  2650 S California Ave, Rm 526
  Chicago, IL 60608

- **Daley Center**

- Civil Division
  Richard J Daley Center
  50 W Washington, Rm 601
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Chancery Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Domestic Relations Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Civil Appeals
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Criminal Department
  Richard J Daley Center
  50 W Washington, Rm 1006
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- County Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Probate Division

FILED DATE: 5/22/2023 4:28 PM    2023L002009

Firm ID. #62848

    Richard J Daley Center
    50 W Washington, Rm 1202
    Chicago, IL 60602
    Hours: 8:30 am - 4:30 pm

- Law Division
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

○   Traffic Division
    Richard J Daley Center
    50 W Washington, Lower Level
    Chicago, IL 60602
    Hours: 8:30 am - 4:30 pm



# SHERIFF'S OFFICE OF COOK COUNTY
## AFFIDAVIT OF SERVICE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **CASE NUMBER:** | 2023L002009 | **SHERIFF NUMBER:** | 50293801 | **MULT. SER.:** | 1 | **DOC. TYPE:** | LAW |
| **DIE DATE:** | 06/22/2023 | **RECEIVED DATE:** | 05/26/2023 | **FILED DATE:** | 05/08/2023 | **DIST:** | 601 |

**DEFENDANT:** HEALTH CARE SERVICE CORP  
**PLAINTIFF:** STANFORD HEALTH CARE a California not for profit h

**ADDRESS:** 300 E Randolph  
**ATTORNEY:** LAW OFFICES OF STEPHENSON ACQUISTO and COLMAN INC

**CITY:** chicago  
**ADDRESS:** 300 N Clark St 3300

**STATE:** IL  **ZIP CODE:** 60601  
**CITY:** Chicago

**ATTACHED FEE AMT:**  
**STATE:** IL  **ZIP CODE:** 60602

**SERVICE INFORMATION:**

**I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:**

☐ **(1) PERSONAL SERVICE:** BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

☐ **(2) SUBSTITUTE SERVICE:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS. ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON THE ___ DAY OF ___ 20___.

☐ **(3) UNKNOWN OCCUPANTS:** BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

☑ **(4) CORP/CO/BUS/PART:** BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION ___ COMPANY ___ BUSINESS ___ PARTNERSHIP ___

☐ **(5) PROPERTY RECOVERED:** NO ONE PRESENT TO RECEIVE ORDER OF COURT. ORDER POSTED IN PLAIN VIEW.

☐ **(6) S.O.S/D.O.I.:** BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE. ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

☐ **(7) CERTIFIED MAIL**

**\*\*\*\* COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT \*\*\*\***

☐ **(8)** AND BY MAILING ON THE ___ DAY OF ___ 20___ A COPY OF THE THIRD PARTY GARNISHMENT/CITATON SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY DEFENDANT.

**THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:**

☐ (01) NO CONTACT ☐ (05) WRONG ADDRESS ☐ (09) DECEASED  
☐ (02) MOVED ☐ (06) NO SUCH ADDRESS ☐ (10) NO REGISTED AGENT  
☐ (03) EMPTY LOT ☐ (07) EMPLOYER REFUSAL ☐ (11) OUT OF COOK COUNTY  
☐ (04) NOT LISTED ☐ (08) CANCELLED BY PLAINTIFF ATTY ☐ (12) OTHER REASON (EXPLAIN)

**EXPLANATION:**

**WRIT SERVED ON:** SANDRA WILLIAMS  
**SEX:** F  **RACE:** BL  **AGE:** 45  
**THIS** 21 **DAY OF** June **20** 23  
**TIME:** 1:11 PM

**THOMAS J. DART,**  
**SHERIFF, BY:** /S/ HALVORSON, KYLE #10446 , **DEPUTY**



# SHERIFF'S OFFICE OF COOK COUNTY
## AFFIDAVIT OF SERVICE

| | | | |
|---|---|---|---|
| **CASE NUMBER:** 2023L002009 | **SHERIFF NUMBER:** 50293801 | **MULT. SER.:** 1 | **DOC. TYPE:** LAW |
| **DIE DATE:** 06/22/2023 | **RECEIVED DATE:** 05/26/2023 | **FILED DATE:** 05/08/2023 | **DIST:** 601 |

Firm ID. #62848

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| STANFORD HEALTH CARE, a California not-for-profit healthcare corporation,<br>Plaintiff,<br><br>v.<br><br>HEALTH CARE SERVICE CORPORATION, a Mutual Legal Reserve Co. d.b.a. BLUE CROSS AND BLUE SHIELD OF ILLINOIS and BLUE CROSS AND BLUE SHIELD OF TEXAS, and DOES 1 THROUGH 25, INCLUSIVE,<br>Defendants. | Case No. 2023 L 002009<br><br>COMMERCIAL CALENDAR I<br><br>Hon. John J. Curry, Jr.<br><br>JURY TRIAL DEMANDED |

### ORDER

THIS CAUSE COMING on July 10, 2023 for a case management conference (CMC) via Zoom, and this Court being fully advised in the premises, IT IS HEREBY ORDERED:

1. Defendant shall file a response to Plaintiff's First Amended Complaint by or on <u>July 21, 2023</u>;

2. This matter is continued for a CMC and status on pleadings to **July 27, 2023** at **9:00 a.m.** via Zoom (Meeting ID: 911 3870 7020; Passcode 035427).

ENTERED:

_____
Honorable John J. Curry, Jr.

D4234
4806
4619

Prepared by:

Kenneth J. Dusold
(kdusold@sacfirm.com)
Law Offices of Stephenson,
Acquisto & Colman
20 N. Clark St., Ste. 3300
Chicago, IL 60602
*Attorneys for Plaintiff*

Karen E. Vaysman
(kvaysman@reedsmith.com)
Taylor L. Kollmansberger
(tkollmansberger@reedsmith.com)
Reed Smith LLP
10 S. Wacker Dr., 40th Floor
Chicago, IL 60606
*Attorneys for Defendant*

Judge John J. Curry, Jr.
JUL 10 2023
Circuit Court–2126