# EXHIBIT 5

# Civil, Law, Chancery, Domestic Case Search

For your convenience, the Clerk of the Circuit Court offers on-line access to electronic docket information for cases in the Criminal divisions. By using this service, the user agrees and understands that he or she is bound by the on-line access to court records Terms of Agreement.

Case Information for Case Number: **2023L002009**

Search Again

| Case Number | Calendar | Date Filed | Division |
|---|---|---|---|
| 2023L002009 | LCALI | 02/27/2023 | District 1 |

| Plaintiff(s) | Case Type | Defendant(s) | Attorney |
|---|---|---|---|
| STANFORD HEALTH CARE, A CALIFORNIA NOT-FOR-PROFIT HEALTHCARE CORPORATION | Breach of Contract - Jury | HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE CO. D.B.A. BLUE CROSS AND BLUE SHIELD OF ILLINOIS AND BLUE CROSS AND BLUE SHIELD OF TEXAS; AND DOES 1 THROUGH 25, INCLUSIVE HEALTH CARE SERVICE CORPORATION | KENNETH DUSOLD MARCUS MORROW KAREN VAYSMAN |

**Ad Damnum**

0

**Future Court Activity:**

| Court Date: | 07/27/2023 | Hearing Type: | Open Call (Judicial Officer:Curry, John J, Jr.,Calendar, I) | Time: | 9:00 AM | Location: | Court Room 1906,Richard J Daley Center |

**Case Activities:**

| **Activity Date:** | 07/10/2023 | **Event Desc:** | Case Continued For Case Management Conference - Allowed - | **Comments:** | |
| --- | --- | --- | --- | --- | --- |
| **Activity Date:** | 07/10/2023 | **Event Desc:** | File Appearance Or Jury Demand, Answer Or Plead - Allowed - | **Comments:** | |
| **Activity Date:** | 07/10/2023 | **Event Desc:** | Case Assigned to Zoom Hearing - Allowed | **Comments:** | |
| **Activity Date:** | 07/06/2023 | **Event Desc:** | Appearance Filed - No Fee Paid - | **Comments:** | Appearance - Taylor L. Kollmansberger |
| **Activity Date:** | 07/06/2023 | **Event Desc:** | Appearance Filed - Fee Paid - | **Comments:** | Appearance - Karen E. Vaysmen |
| **Activity Date:** | 06/26/2023 | **Event Desc:** | Alias Summons - Retd P.S. | **Comments:** | Sheriff ID: 50293801, UNKNOWN LITIGANT Sheriff Filename: 2023L00200950293801.pdf |
| **Activity Date:** | 05/22/2023 | **Event Desc:** | Alias Summons Issued | **Comments:** | Alias Summons |
| **Activity Date:** | 05/08/2023 | **Event Desc:** | Exhibits Filed | **Comments:** | EXHIBIT A TO AMENDED COMPLAINT |

| Activity Date: | 05/08/2023 | Event Desc: | Amended Complaint Filed | Comments: | PLAINTIFF STANFORD HEALTH CARES FIRST AMENDED COMPLAINT AT LAW |
| --- | --- | --- | --- | --- | --- |
| Activity Date: | 05/01/2023 | Event Desc: | Case Continued For Case Management Conference - Allowed - | Comments: | |
| Activity Date: | 05/01/2023 | Event Desc: | Case Assigned to Zoom Hearing - Allowed | Comments: | |
| Activity Date: | 05/01/2023 | Event Desc: | Amend Complaint Or Petition - Allowed - | Comments: | |
| Activity Date: | 03/28/2023 | Event Desc: | Electronic Notice Sent | Comments: | |
| Activity Date: | 03/28/2023 | Event Desc: | Electronic Notice Sent | Comments: | |
| Activity Date: | 03/24/2023 | Event Desc: | Routine Motion Filed | Comments: | PLAINTIFF STANFORD HEALTH CARES ROUTINE MOTION FOR LEAVE TO FILE A FIRST AMEND ITS COMPLAINT |

| **Activity Date:** | 02/27/2023 | **Event Desc:** | Notice Of Filing Filed | **Comments:** | NOTICE OF FILING |
|---|---|---|---|---|---|
| **Activity Date:** | 02/27/2023 | **Event Desc:** | Summons Issued And Returnable | **Comments:** | SUMMONS |
| **Activity Date:** | 02/27/2023 | **Event Desc:** | Exhibits Filed | **Comments:** | EXHIBIT A TO COMPLAINT |
| **Activity Date:** | 02/27/2023 | **Event Desc:** | Contract Complaint Filed (Jury Demand) | **Comments:** | COMPLAINT AT LAW |
| **Activity Date:** | 02/27/2023 | **Event Desc:** | New Case Filing | **Comments:** | |

Please Note: If data does not appear in a specific field, we likely do not have the responsive data in our master database. If you have reason to believe there is an error, please contact the Internet Court Call Help Line at 312.603.4357.